■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN S. McDUFFY, Appellant.—Appeal from a judgment of the Supreme Court (Ellison, J.), rendered December 8, 1986 in Tompkins County, convicting defendant upon his plea of guilty of the crime of attempted burglary in the second degree.

Judgment affirmed (see, People v Martinez, 125 AD2d 829). Mahoney, P. J., Weiss, Yesawich, Jr., Levine and Harvey, JJ., concur.